

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*

*Main: (856) 757-5105*
*Direct: (856) 757-5031*
*sarina.kaplan@usdoj.gov*

August 8, 2026

**<u>Via ECF</u>**
Hon. Robert Kirsch, U.S.D.J.
United States District Court, D.N.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re:   ***Quinatoa Fueres v Soto, et. al.***, No. 26-9416 (RK)
>        **Re: Petitioner's Release**

Dear Judge Kirsch,

   This Office represents Respondents in the above-referenced habeas matter. We respectfully submit this letter in response to the Court's August 6, 2026, Text Order directing that Petitioner be released within 24 hours, or by 4:10 p.m. on August 7, 2026. ECF No. 4.  U.S. Immigration and Customs Enforcement ("ICE") advised this Office that Petitioner was released from its custody on August 8, 2026, at 1:11 a.m., several hours after the deadline.  This Office sincerely apologizes to the Court for ICE's  failure to effectuate Petitioner's release within the time required by the Court's Order.

   We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    *s/ Sarina Kaplan*
        SARINA KAPLAN
        Assistant United States Attorney
        *Attorneys for Federal Respondent*

This matter shall be marked CLOSED.
SO ORDERED.

Robert Kirsch, U.S.D.J.
DATE:  <u>August 10, 2026</u>